UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J-PAC, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA CASUALTY COMPANY, <br><br> Defendant. | Case No. C17-0400RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On March 14, 2017, plaintiffs filed this action in federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. See 28 U.S.C. § 1332(a) (establishing that the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."). "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest." Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining whether complete diversity is present, the citizenship of a limited liability company is determined by examining the citizenship of the owners/members. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an

ORDER TO SHOW CAUSE - 1

1 LLC is a citizen of every state of which its owners/members are citizens").

2 Plaintiffs have not alleged the citizenship of each of J-PAC, LLC's 3 owners/members, and their conclusory allegation that citizenship is diverse is insufficient 4 to meet their burden of establishing the basis of the Court's jurisdiction. See Indus. 5 Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting 6 jurisdiction has the burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) 7 ("If the Court determines at any time that it lacks subject-matter jurisdiction, the court 8 must dismiss the action"). As a result, plaintiffs are ORDERED TO SHOW CAUSE why 9 the Court should not dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) by providing 10 the Court with the citizenship of all of J-PAC, LLC's owners/members at the time the 11 complaint was filed, by March 31, 2017. The Clerk of the Court is directed to place this 12 order to show cause on the Court's calendar for that date.

Dated this 16th day of March, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2