THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J-PAC, LLC, a Delaware limited liability company, and ADMIRAL INSURANCE COMPANY, a Delaware corporation, as assignees of Generic Medical Devices, Inc. and in their own right,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:17-cv-00400-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. STIPULATION

COMES NOW the parties, by and through their respective counsel of record, stipulate and agree that this matter should be dismissed with prejudice and without costs and fees to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
(2:17-cv-00100-RSL)

MULLIN, ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008

| | |
|---|---|
| MULLIN, ALLEN & STEINER PLLC | FORSBERG & UMLAUF, P.S. |
| *[signature]* | *[signature]* |
| Daniel F. Mullin, WSBA #12768 | Carl Forsberg, WSBA #17025 |
| John A. (Tony) McHugh, WSBA #9183 | Stephen M. Raab, Of Counsel |
| Attorneys for Plaintiffs J-PAC, LLC | Attorneys for Defendant Columbia Casualty |
| and Admiral Insurance Company | Company |

## II. ORDER

THIS MATTER having come on regularly pursuant to the foregoing stipulation of the parties hereto, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice and without costs and fees to any party.

ENTERED this 23rd day of Feb., 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

MULLIN, ALLEN & STEINER PLLC

*[signature]*

Daniel F. Mullin, WSBA #12768
John A. (Tony) McHugh, WSBA #9183
Attorneys for Plaintiffs J-PAC, LLC
and Admiral Insurance Company

FORSBERG & UMLAUF, P.S.

*[signature]*

Carl Forsberg, WSBA #17025
Stephen M. Raab, Of Counsel
Attorneys for Defendant Columbia Casualty Co.

STIPULATION AND ORDER OF DISMISSAL - 2
(2:17-cv-00100-RSL)

MULLIN, ALLEN & STEINER PLLC
101 Yesler Way, Suite 400
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008